UNITED STATES of America,
Plaintiff–Appellee,

v.

Oscar Lynden KNOWLES, d.b.a. Lindy,
Defendant–Appellant.

No. 09–12890
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 7, 2010.

Oscar Lynden Knowles, Fort Dix, NJ, pro se.

Anne R. Schultz, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Jonathan Pinoli, appointed counsel for Oscar Lynden Knowles, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of Knowles's motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) is **AFFIRMED.**